

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00116-CV

**BISON DRILLING AND FIELD SERVICES LLC** and Bison Trucking LLC,
Appellants

v.

**MCDAY ENERGY CORP.**, Donald W. Orr, and McDay Oil & Gas, Inc.,
Appellees

From the 293rd Judicial District Court, Zavala County, Texas
Trial Court No. 18-05-14176-ZCV
Honorable Maribel Flores, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, appellants' motion to dismiss the appeal is GRANTED and this appeal is DISMISSED AS MOOT. Costs of appeal are assessed against appellants.

SIGNED July 7, 2021.

_____
Lori I. Valenzuela, Justice